# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

yrivero@faillacelaw.com

APR 3 0 2019

April 26, 2019

> The Court hereby adopts the parties' discovery start date and briefing schedule. All other deadlines remain those set in the Case Management Plan. Dkt. No. 24.
> SO ORDERED

*Via Electronic Filing*  
The Honorable Judge Alison J. Nathan  
U.S. District Court Southern District of New York  
500 Pearl St  
New York, NY 10007

    **Re:**   *Basurto et al v. Eda Food Inc. et al* – Joint Letter  
          **Case No.: 1:18-cv-08858-AJN**

Dear Honorable Judge Nathan:

    We represent Plaintiff in the above-referenced action. In accordance with Your Honor's April 22, 2019 Order, the parties propose the following schedule:

Formal discovery to start May 23, 2019 (the day after the anticipated mediation).

Plaintiff to file the motion for conditional collective action by July 22, 2019, opposition due by August 12, 2019, Reply due by August 26, 2019.

SO ORDERED: 4/30/19

_____  
HON. ALISON J. NATHAN  
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

s/ *Gennadiy Naydenskiy*  
Gennadiy Naydenskiy  
60 East 42nd Street, Suite 4510  
New York, New York 10165  
Email: Gnaydenskiy@faillacelaw.com  
*Attorneys for Plaintiffs*

cc:    Joshua D. Levin-Epstein, Esq.(by ECF)