# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

November 11, 2019

*Via Electronic Filing*
The Honorable Judge Robert W. Lehrburger
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-12-19
```

Re: *Basurto et al v. Eda Food Inc. et al* – Joint Letter
**Case No.: 1:18-cv-08858-AJN**

Dear Honorable Judge Lehrburger:

We represent Plaintiffs in the above titled action. We respectfully request an adjournment of the November 13, 2019 settlement conference. To date we are unable to reach two of the named Plaintiffs. Accordingly, we will continue to attempt to regain contact with them. In the event we are unable to regain contact with these two plaintiffs, we will move to withdraw from their representation. However, in the meantime, since we are their attorneys, we can not settle their case with out them. Therefore, we respectfully request an adjournment of the November 13, 2019 settlement conference. Defense counsel consent to the adjournment.

*Denied. This conference has been scheduled since 10/4/19. Plenty of time has passed to be in contact with plaintiffs. Plaintiffs' counsel may withdraw from representation of the 2 plaintiffs at issue. The conference will proceed as scheduled.*

Respectfully Submitted,

s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Email: Gnaydenskiy@faillacelaw.com
*Attorneys for Plaintiffs*

cc: Eunon Jason Mizrahi, Esq. (by ECF)
Joshua D. Levin-Epstein, Esq.(by ECF)

SO ORDERED:

_____ 11/12/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE