USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-13-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

JESUS ANGEL BASURTO, et al.,

                      Plaintiffs,

         - against -

EDA FOOD INC. (D/B/A MUGHLAI INDIAN
CUISINE), et al.

                     Defendants.

-------------------------------------------------------X

18 CV 8858 (AN) (RWL)


**ORDER**


**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Due to the unexcused absence of two of the five plaintiffs from the settlement conference scheduled for November 13, 2019, the settlement conference did not go forward. Accordingly,

1. By November 27, 2019, Plaintiff counsel shall file either (a) a sworn affidavit from Plaintiff Basurto that he remains a plaintiff in this case, wishes to continue prosecuting it, and has provided full settlement authority to Plaintiff counsel, or (b) a motion to withdraw from representation of Mr. Basurto.

2. By December 4, 2019, the parties shall meet and confer and coordinate Deputy Clerk Shah to schedule another settlement conference to take place in January or February, 2020.

3. Failure of any plaintiff to appear in person for the settlement conference will result in dismissal of that plaintiff's case for failure to prosecute, unless that plaintiff has provided Plaintiff counsel with full authority to resolve the case at the settlement conference.

1

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     November 13, 2019
           New York, New York

Copies transmitted to all counsel
of record via ECF