# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com

November 18, 2019

**_Via Electronic Filing_**
The Honorable Judge Robert W. Lehrburger
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

> **Re:**    *Basurto et al v. Eda Food Inc. et al* – Joint Letter
> **Case No.: 1:18-cv-08858-AJN**

Dear Honorable Judge Lehrburger:

    We represent Plaintiffs in the above titled action. In accordance with Your Honor's November 13, 2019 Order, attached is a signed affidavit from Plaintiff Jesus Angel Basurto.

Respectfully Submitted,

s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Email: Gnaydenskiy@faillacelaw.com
*Attorneys for Plaintiffs*

cc:      Eunon Jason Mizrahi, Esq. (by ECF)
      Joshua D. Levin-Epstein, Esq.(by ECF)