# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510   Telephone: (212) 317-1200
New York, New York 10165   Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com

November 18, 2019

<u>*Via Electronic Filing*</u>
The Honorable Judge Robert W. Lehrburger
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

      **Re:** *Basurto et al v. Eda Food Inc. et al* – Joint Letter
         **Case No.: 1:18-cv-08858-AJN**

Dear Honorable Judge Lehrburger:

  We represent Plaintiffs in the above titled action. In accordance with Your Honor's November 13, 2019 Order, attached is a signed affidavit from Plaintiff Jesus Angel Basurto.

         Respectfully Submitted,

         s/ *Gennadiy Naydenskiy*
         Gennadiy Naydenskiy
         60 East 42nd Street, Suite 4510
         New York, New York 10165
         Email: Gnaydenskiy@faillacelaw.com
         *Attorneys for Plaintiffs*

cc: Eunon Jason Mizrahi, Esq. (by ECF)
   Joshua D. Levin-Epstein, Esq.(by ECF)

# EXHIBIT A

Re:     Basurto et al v. Eda Food Inc. et al

Case No.: 1:18-cv-08858-AJN

I, Jesus Angel Basurto, am a plaintiff in the above referenced matter. I wish to continue with my case against defendants. I give full authority to my attorneys Michael Faillace & Associates P.C. to settle on my behalf.

Yo, Jesus Angel Basurto, soy un demandante en el asunto mencionado anteriormente. Deseo continuar con mi caso contra los acusados. Doy plena autoridad a mis abogados Michael Faillace & Associates P.C. para llegar a un acuerdo en mi nombre.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Yo, Jesus Angel Basurto, verifico bajo pena de perjurio bajo las leyes de los Estados Unidos de América que los hechos son verdaderos y correctos.

Date: November 11/18 2019
Fecha: Noviembre 11/18 2019

_____
Jesus Angel Basurto