UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jesus Angel Basurto *et al.*,

    Plaintiffs,

—v—

Eda Food, Inc., *et al.*,

    Defendants.

18-cv-8858 (AJN)

ORDER

NOV 2 2 2019

ALISON J. NATHAN, District Judge:

A five-day jury trial in this matter is scheduled to begin on May 4, 2020. The parties are ordered to submit their pretrial submissions, including any *motions in limine*, no later than March 1, 2020 in accordance with the Undersigned's Individual Practices in Civil Cases Rule 6.

SO ORDERED.

Dated: November 22, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge