# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

March 23, 2020

*<u>Via Electronic Filing</u>*
The Honorable Judge Robert W. Lehrburger
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

　　　　　　　　　**Re:**　　*Basurto et al v. Eda Food Inc. et al* – Joint Letter
　　　　　　　　　**<u>Case No.: 1:18-cv-08858-AJN</u>**

Dear Honorable Judge Lehrburger:

　　　We represent Plaintiffs in the above titled action. Due to the coronavirus shutdown, we respectfully request the April 1, 2020 settlement conference proceed telephonically. Defense counsel did not respond to the undersigned's email request for consent.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　s/ *Gennadiy Naydenskiy*
　　　　　　　　　　　　　　　　　　　Gennadiy Naydenskiy
　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4510
　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　Email: Gnaydenskiy@faillacelaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

cc:　　Eunon Jason Mizrahi, Esq. (by ECF)
　　　Joshua D. Levin-Epstein, Esq.(by ECF)