UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JESUS ANGEL BASURTO, et al.  :  18-cv-8858 (AJN) (RWL)
:
                Plaintiffs,  :  **<u>SCHEDULING ORDER</u>**
:
      - against -  :
:
EDA FOOD INC., et al..  :
:
                Defendants.  :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     By March 26, 2020, Plaintiffs shall file a letter indicating whether they consent or oppose the requested adjournment in Dkt. 66.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                             UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2020
       New York, New York