USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JESUS ANGEL BASURTO, et al.        :    18-cv-8858 (AJN) (RWL)
                                   :
                    Plaintiffs,    :    **SCHEDULING ORDER**
                                   :
        - against -                :
                                   :
EDA FOOD INC., et al..             :
                                   :
                    Defendants.    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants' request to adjourn the settlement conference with clients *sine die* is granted. However, the teleconference scheduled for April 1, 2020 will go forward with counsel only.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2020
       New York, New York