```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/16/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jesus Basurto, *et al.*,

                Plaintiffs,

     –v–

Eda Food Inc., *et al.*,

                Defendants.

18-cv-8858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Pursuant to Chief Judge McMahon's standing order, all jury calls in the Southern District of New York have been suspended, and no jury trials can currently be held. The five-day jury trial in this matter, currently scheduled to begin on May 4, 2020, is therefore rescheduled to begin on October 19, 2020. The Final Pretrial Conference is hereby adjourned to September 22, 2020 at 3:00 P.M.

      SO ORDERED.

Dated: April 16, 2020
       New York, New York

_____
      ALISON J. NATHAN
    United States District Judge