# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                  Telephone: (212) 317-1200
New York, New York 10165                                         Facsimile: (212) 317-1620
————

gnaydenskiy@faillacelaw.com

May 6, 2020

***Via Electronic Filing***
The Honorable Judge Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

> **Re:**   *Basurto et al v. Eda Food Inc. et al* – Joint Letter
> **Case No.: 1:18-cv-08858-AJN**

Dear Honorable Judge Nathan:

We represent Plaintiffs in this matter. Due to the adjournment of trial to October 19, 2020, the undersigned believes a summary judgment motion is the most efficient course. Therefore, we respectfully request permission to file a summary judgment motion to be due within 2 weeks of Your Honor's Order granting permission for the filing.

Respectfully Submitted,

s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Email: Gnaydenskiy@faillacelaw.com
*Attorneys for Plaintiffs*

cc:     Joshua D. Levin-Epstein, Esq.(by ECF)