# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                        Telephone: (212) 317-1200
New York, New York 10165                                            Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

July 17, 2020

<u>*Via Electronic Filing*</u>
The Honorable Judge Robert W. Lehrburger
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

                       **Re:**     *Basurto et al v. Eda Food Inc. et al* – Joint Letter
                               <u>**Case No.: 1:18-cv-08858-AJN**</u>

Dear Honorable Judge Lehrburger:

       We represent Plaintiffs in the above titled action. We write to respectfully request that the July 29, 2020 settlement conference be held remotely in conformity with the SDNY rules responding to the COVID-19 pandemic. Defense counsel did not consent.

                                                   Respectfully Submitted,

                                                   s/ *Gennadiy Naydenskiy*
                                                   Gennadiy Naydenskiy
                                                   60 East 42nd Street, Suite 4510
                                                   New York, New York 10165
                                                   Email: Gnaydenskiy@faillacelaw.com
                                                   *Attorneys for Plaintiffs*

cc:     Eunon Jason Mizrahi, Esq. (by ECF)
         Joshua D. Levin-Epstein, Esq.(by ECF)