UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jesus Angel Basurto, *et al.*,

                Plaintiffs,

      –v–

Eda Food Inc., *et al.*,

                Defendants.

18-cv-8858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A jury trial in this wage-and-hour action is currently scheduled to begin on October 19, 2020. Dkt. No. 72. A final pretrial conference is scheduled for September 22, 2020. *Id.*

    Because of COVID-19 related restrains on this District's jury program, a jury trial cannot go forward at the currently scheduled date. To keep the currently scheduled trial date, the parties would have to stipulate to a bench trial. The parties are therefore directed to confer and advise the Court if they will stipulate to a bench trial no later than August 12, 2020. If not, the Court will reschedule the jury trial to begin in 2021.

SO ORDERED.

Dated: August 4, 2020
       New York, New York

                                        ALISON J. NATHAN
                                      United States District Judge