UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

Jesus Angel Basurto, *et al.*,

                Plaintiffs,

–v–

Eda Food Inc., *et al.*,

                Defendants.

18-cv-8858 (AJN)

OPINION & ORDER

ALISON J. NATHAN, District Judge:

    A jury trial in this case is currently scheduled to begin on October 19, 2020. Dkt. No. 72. On August 4, 2020, the Court ordered the parties "to confer and advise the Court if they would stipulate to a bench trial no later than August 12, 2020." Dkt. No. 80. As of this date, the parties have failed to advise the Court whether they so stipulate and have not submitted any response to the Court's order. The parties are ordered to comply with the Court's August 4 Order no later than August 20, 2020. The parties are also warned that failure to strictly comply with the Court's orders may result in sanction.

    SO ORDERED.

Dated: August 17, 2020
        New York, New York

                                    ALISON J. NATHAN
                                United States District Judge