UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

Jesus Angel Basurto, *et al.*,

                Plaintiffs,

–v–

Eda Food Inc., *et al.*,

                Defendants.

18-cv-8858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to COVID-19 related restraints on this District's jury program, the jury trial in this matter is hereby adjourned to March 1, 2021.  The final pretrial conference is hereby adjourned to February 22, 2021.

SO ORDERED.

Dated: August 21, 2020
       New York, New York

                                          _____
                                            ALISON J. NATHAN
                                         United States District Judge