UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

Basurto, *et al.*,

               Plaintiffs,

    –v–

Eda Food Inc., *et al.*,

               Defendants.

18-cv-08858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the Plaintiffs' Motion for Leave for Plaintiff Basurto to Appear Remotely at the trail in this matter, which is currently scheduled to begin in person on March 1, 2021. Defendants consent to this motion. The Court grants Plaintiffs' motion for the reasons stated therein.

    SO ORDERED.

Dated: October 26, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge