USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Basurto, *et al.*,

                Plaintiffs,

    –v–

Eda Food Inc., *et al.*,

                Defendants.

18-cv-8858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiffs' counsel are instructed to confirm with Plaintiffs that they are ready to proceed with the April 26, 2021 trial date and update the Court by November 24, 2020.

SO ORDERED.

Dated: November 16, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge