# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

gnaydenskiy@faillacelaw.com

November 16, 2020

*<u>Via Electronic Filing</u>*
The Honorable Judge Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

     **Re:** *Basurto et al v. Eda Food Inc. et al* – Joint Letter
       <u>**Case No.: 1:18-cv-08858-AJN**</u>

Dear Honorable Judge Nathan:

  We represent Plaintiffs in this matter. We write in accordance with Your Honor's November 16, 2020 Order to update Your Honor that Plaintiffs are ready to begin trial on April 26, 2021.

         Respectfully Submitted,

         s/ *Gennadiy Naydenskiy*
         Gennadiy Naydenskiy
         60 East 42nd Street, Suite 4510
         New York, New York 10165
         Email: <u>Gnaydenskiy@faillacelaw.com</u>
         *Attorneys for Plaintiffs*

cc:  Joshua D. Levin-Epstein, Esq.(by ECF)