USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Basurto, *et al.*,

                    Plaintiffs,

            —v—

Eda Food Inc., *et al*.,

                    Defendants.

18-cv-8858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's August 25, 2020 Order, Dkt. No. 87, a final pretrial conference in this matter is scheduled for February 22, 2021 at 3:00 P.M.  Because the trial has been rescheduled to the tentative date of April 26, 2021, the Court adjourns the final pretrial conference to March 19, 2021, at 3:45 P.M.

        SO ORDERED.

Dated: February 12, 2021
        New York, New York

_____
            ALISON J. NATHAN
        United States District Judge

1