UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Basurto, *et al.*,

                Plaintiffs,

       –v–

Eda Food Inc., *et al.*,

                Defendants.

18-cv-8858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. The Clerk's Office also schedules up to four cases for each week as "trial ready." These cases may proceed if both the primary and backup cases for one of the days during the week do not go forward.

      On November 16, 2020 the parties informed the Court that they wished to proceed to trial during the week of April 26, 2021. *See* Dkt. No. 95. The Court accordingly requested a jury trial for that date. The Clerk's Office has now notified the Court that this case has been placed on the trial-ready list for the week of April 26, 2021. The case must be trial-ready for that date. This means that the case may proceed during the week of April 26, 2021, if all of the scheduled cases for any day during that week do not go forward. If the case cannot proceed during the

week of April 26, 2021, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed during the week of April 26, 2021, it will inform the parties of date during that week that the trial will commence.

    A final pretrial conference is scheduled in this matter for March 19, 2021 at 3:45 P.M. Dkt. No. 96.

    SO ORDERED.

Dated: March 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge