USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Basurto,<br><br>    Plaintiff,<br><br>   –v–<br><br>Eda Food Inc.,,<br><br>    Defendants. | 18-cv-8858 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  The Final Pretrial Conference scheduled for March 19, 2021 at 3:45 PM is rescheduled to 1:00 PM.

SO ORDERED.

Dated: March 18, 2021
   New York, New York

              _____
              ALISON J. NATHAN
              United States District Judge