UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JESUS ANGEL BASURTO, RIGOBERTO
SEBASTIAN RIVERA, MARIO ESCOBAR
SOSA, JOSE JAIME REYES PATRICIO, and
ISIDRO MENDOZA, *individually and on
behalf of others similarly situated*,

                          *Plaintiffs*,

      -against-

EDA FOOD INC. (D/B/A MUGHLAI
INDIAN CUISINE), KARENA FOODS INC.
(D/B/A MUGHLAI INDIAN CUISINE), and
GARY TULSIANI,

                          *Defendants*.
---------------------------------------------------------X

18-cv-8858

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:

    Eunon Jason Mizrahi
    Levin-Epstein & Associates, P.C.
    60 East 42nd Street
    Suite 4700
    New York, NY 10165
    212-792-0048
    Fax: 646-786-3170
    Email: jason@levinepstein.com
    ATTORNEY TO BE NOTICED

    Joshua Levin-Epstein
    Levin-Epstein & Associates, P.C.
    60 East 42nd Street
    Suite 4700
    New York, NY 10165
    212-792-0046
    Fax: 646-786-3170
    Email: Joshua@levinepstein.com
    *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff JESUS ANGEL BASURTO, RIGOBERTO SEBASTIAN RIVERA, MARIO ESCOBAR SOSA, JOSE JAIME REYES PATRICIO, and ISIDRO MENDOZA, hereby accepts the offer of judgment made by Defendants EDA FOOD INC. (D/B/A MUGHLAI INDIAN CUISINE), KARENA FOODS INC. (D/B/A MUGHLAI INDIAN CUISINE), and GARY TULSIANI, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated 4/5/21 . A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: April 5, 2021

                                                  MICHAEL FAILLACE & ASSOCIATES, P.C.

                                  By: _____
                                          Gennadiy Naydenskiy
                                          60 East 42nd Street, Suite 4510
                                          New York, New York 10165
                                          Telephone: (212) 317-1200
                                          Facsimile: (212) 317-1620
                                          *Attorneys for Plaintiff*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JESUS ANGEL BASURTO, RIGOBERTO
SEBASTIAN RIVERA, MARIO ESCOBAR
SOSA, JOSE JAIME REYES PATRICIO, and
ISIDRO MENDOZA, individually and on
behalf of others similarly situated,

                *Plaintiff*,

    -*against*-

EDA FOOD INC. (D/B/A MUGHLAI
INDIAN CUISINE), KARENA FOODS INC.
(D/B/A MUGHLAI INDIAN CUISINE), and
GARY TULSIANI,
                *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:18-cv-08858

**OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

TO:    Gennadiy Naydenskiy, Esq.
         Michael & Faillace & Associates, P.C.
         60 East 42nd Street, Suite 4510
         New York, NY 10165
         Email: gnaydenskiy@faillacelaw.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Eda Food Inc., Karena Foods Inc. and Gary Tulsiani (collectively, the "Defendants"), hereby make this offer of judgment in favor of Plaintiffs Jesus Angel Basurto, Rigoberto Sebastian Rivera, Mario Escobar Sosa, Jose Jaime Reyes Patricio, and Isidro Mendoza (collectively, the "Plaintiffs") and against Defendants in the above-captioned action in the total sum of One Hundred and Thirty Thousand Dollars and No Cents ($130,000.00), payable as follows:

1. An initial installment payment of Three Thousand Six Hundred Eleven Dollars and Eleven Cents ($3,611.11), payable fourteen (14) days following the Court's Entry and Order of this Offer of Judgment;

2. Thirty-Five (35) consecutive monthly installment payments of Three Thousand Six Hundred Eleven Dollars and Eleven Cents ($3,611.11), commencing on or before thirty (30) days following the due date of the first installment payment contemplated above, and continuing on or before the last day of each subsequent calendar month thereafter.

The total sum of One Hundred and Thirty Thousand Dollars and No Cents ($130,000.00) is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants.

Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Date:   March 26, 2021

                                              Respectfully submitted,

                                              LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                              By:     /s/*Jason Mizrahi*_____

                                                   Jason Mizrahi, Esq.
                                                   60 East 42nd Street, Suite 4700
                                                   New York, New York 10165
                                                   Telephone: (212) 792-0048
                                                   Email: Jason@levinepstein.com
                                                   *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JESUS ANGEL BASURTO, RIGOBERTO
SEBASTIAN RIVERA, MARIO ESCOBAR
SOSA, JOSE JAIME REYES PATRICIO, and
ISIDRO MENDOZA, *individually and on
behalf of others similarly situated,*

                *Plaintiffs*,

     -against-

EDA FOOD INC. (D/B/A MUGHLAI
INDIAN CUISINE), KARENA FOODS INC.
(D/B/A MUGHLAI INDIAN CUISINE), and
GARY TULSIANI,

                *Defendants.*
---------------------------------------------------------X

18-cv-08858-AJN

AFFIDAVIT OF SERVICE

GENNADIY NAYDENSKIY, being duly sworn, deposes and says:

Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New Jersey.

On April 5, 2021, I emailed the Plaintiff's Notice of Acceptance of Offer of Judgment; to Defense counsel Eunon Jason Mizrahi, Esq. and Joshua Levin-Epstein, Esq. to:

Eunon Jason Mizrahi
Levin-Epstein & Associates, P.C.
60 East 42nd Street
Suite 4700
New York, NY 10165
212-792-0048
Fax: 646-786-3170
Email: jason@levinepstein.com

Joshua Levin-Epstein
Levin-Epstein & Associates, P.C.
60 East 42nd Street
Suite 4700
New York, NY 10165
212-792-0046
Fax: 646-786-3170
Email: Joshua@levinepstein.com
*Attorneys for Defendant*s

                                s/
                              GENNADIY NAYDENSKIY