UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JESUS ANGEL BASURTO, RIGOBERTO
SEBASTIAN RIVERA, MARIO ESCOBAR
SOSA, JOSE JAIME REYES PATRICIO, and
ISIDRO MENDOZA, individually and on
behalf of others similarly situated,

                         *Plaintiff*,

                -*against*-

EDA FOOD INC. (D/B/A MUGHLAI
INDIAN CUISINE), KARENA FOODS INC.
(D/B/A MUGHLAI INDIAN CUISINE), and
GARY TULSIANI,
                         *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:18-cv-08858

**FED.R.CIV.P. RULE 68 ORDER**

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Eda Food Inc., Karena Foods Inc. and Gary Tulsiani (collectively, the "Defendants") having offered to allow Plaintiff Floriberto Villalva Estrada (the "Plaintiff") to take a judgment against the Defendants in this action for the total sum of One Hundred and Thirty Thousand Dollars and No Cents ($130,000.00) payable as follows:

1. An initial installment payment of Three Thousand Six Hundred Eleven Dollars and Eleven Cents ($3,611.11), payable fourteen (14) days following the Court's Entry and Order of this Offer of Judgment;

2. Thirty-Five (35) consecutive monthly installment payments of Three Thousand Six Hundred Eleven Dollars and Eleven Cents ($3,611.11), commencing on or before thirty (30) days following the due date of the first installment payment contemplated above, and continuing on or before the last day of each subsequent calendar month thereafter;

which includes reasonable attorneys' fees, expenses, and costs to the date of this offer for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; on April 5, 2021, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $130,000.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2021
New York, New York

SO ORDERED:

_____
Hon. District Judge Alison Nathan