USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Basurto, *on behalf of himself and others similarly situated, et al.*,

          Plaintiffs,

—v—

Eda Food Inc., *et al.*,

          Defendants.

18-cv-08858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Counsel is instructed to comply with the Clerk's Office's instruction on April 6, 2021 to refile the proposed judgment with the correct title by April 19, 2021. Failure to comply with these instructions may lead to dismissal for failure to prosecute.

SO ORDERED.

Dated: April 14, 2021
       New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge