UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/21

Basurto, *et al.*,

              Plaintiffs,

–v–

Eda Food Inc., *et al.*,

              Defendants.

18-cv-08858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The name provided in the proposed judgment does not appear to be a named Plaintiff in this case. The parties have until April 19, 2021 to submit a letter explaining why the Plaintiff named in the proposed judgment is not a named Plaintiff in the case or to submit a new proposed judgment. Failure to comply with these instructions may result in a dismissal for a failure to prosecute.

      SO ORDERED.

Dated: April 16, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge