# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com

April 16, 2021

*<u>Via Electronic Filing</u>*
The Honorable Judge Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

     **Re:** *Basurto et al v. Eda Food Inc. et al*
       <u>**Case No.: 1:18-cv-08858-AJN**</u>

Dear Honorable Judge Nathan:

  We represent Plaintiffs in this matter. We write in accordance with Your Honor's April 16, 2021 Order. The names of the Plaintiffs in the Proposed Judgment filed on April 14, 2021 was an error from a previous case/template. We apologize to The Court for the error. The corrected proposed Judgment was updated and file on ecf (ecf # 108).

        Respectfully Submitted,

        s/ *Gennadiy Naydenskiy*
        Gennadiy Naydenskiy
        60 East 42nd Street, Suite 4510
        New York, New York 10165
        Email: Gnaydenskiy@faillacelaw.com
        *Attorneys for Plaintiffs*

cc:  Joshua D. Levin-Epstein, Esq.(by ECF)